UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NADE KISSIMINA, *et al.*,

                           Plaintiffs,

    -against-

ED'S LOBSTER BAR, LLC and
EDWARD MCFARLAND,

                           Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 4261 (JGLC)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Monday, September 30, 2024 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Monday, September 23, 2024**.

    **SO ORDERED.**

DATED:    New York, New York
                September 16, 2024

                                                            _____
                                                            The Honorable Gary Stein
                                                            United States Magistrate Judge