UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADE KISSIMINA, et al.,

                  Plaintiffs,

      -against-

ED'S LOBSTER BAR LLC, and EDWARD
MCFARLAND, as an individual,

                Defendants.

24-CV-4261 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 22, 2025, the Court referred this case for mediation to the Court-annexed Mediation Program. ECF No. 37. The Court ordered that the parties to "file a joint status letter with the Court no later than one week after mediation." *Id.* On January 21, 2026, the Mediation Program alerted the Court that the mediation was unsuccessful. ECF No. 38. Although one week has passed since the completion of mediation, the parties have yet to file a joint status letter, which should include the current status of the litigation and any proposed next steps. The Court extends the deadline for the parties to file a joint status letter to February 6, 2026.

Dated: January 30, 2026
       White Plains, New York

                             SO ORDERED.

                             JESSICA G. L. CLARKE
                             United States District Judge