UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADE KISSIMINA, et al.,

Plaintiffs,

-against-

ED'S LOBSTER BAR, LLC, et al.,

Defendants.

24-CV-4261 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court ORDERS Plaintiffs to file the transcript of the deposition of Defendant Edward McFarland, as referenced throughout Plaintiffs' Rule 56.1 Statement, *see* ECF No. 45, along with any other documents provided by Defendants that refute any paragraph in Plaintiffs' Rule 56.1 Statement, no later than **November 11, 2026**.

Additionally, by the same date, Plaintiffs are to submit a letter confirming whether "Bijo Nakountala" is the same individual as Plaintiff Nade Kissimina. *Compare* ECF No. 44 ¶ 5 (identifying ECF No. 44-3 as "[a] copy of Plaintiff Nade Kissimina's bounced checks") *with* ECF No. 44-3 (checks addressed to "Bijo Nakountala").

Dated: November 4, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge